# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BRACEY,<br><br>   Plaintiff<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. EDCV 14-02018-CJC (GJS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objection to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of the matters set forth in the Objection to the Report.

  Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the decision of the Commissioner with respect to the amount of the disability insurance benefits overpaid to Plaintiff is AFFIRMED; (2) the decision of the Commissioner on the question of waiver of the overpayment is REVERSED; and


(3) this case is REMANDED to the Commissioner for further proceedings on the waiver question consistent with the Report and this Order.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  September 14, 2015

                                            CORMAC J. CARNEY
                                            UNITED STATES DISTRICT JUDGE