# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BRACEY,<br><br>        Plaintiff<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 14-2018-CJC (GJS)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"),

    IT IS ADJUDGED that the decision of the Commissioner is affirmed and reversed as set forth in the Order, and the cause is remanded for further proceedings consistent with the Order.

DATED: September 14, 2015

                                                                               CORMAC J. CARNEY<br>
                                                          UNITED STATES DISTRICT JUDGE